27222

Law Office of John R. Morton, Jr., Esq.
Laura J. Neville, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Ford Motor Credit Company
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Case No. 08-27507(RG) |
| EDWARD MCCOUCH<br>BONNIE JEAN MCCOUCH | Chapter 13 |
|  | Hearing date: 11-19-08 |
|  | OBJECTION TO CONFIRMATION |

Ford Motor Credit Company, a secured creditor of the debtors, objects to the debtors' plan for the following reasons:

a. The plan does not deal with/does not mention Ford. Ford objects, on the basis that if the plan were to complete early, and completes before the loan maturity date of the debtors' secured loan with Ford, there is a risk that the debtors will take the position that their loan with Ford has been discharged under §1325. To resolve this issue, part 3(d) of the plan should be revised to state that the claim of Ford Credit is unaffected by the plan and will not be discharged upon completion of the plan.

                                              /s/ Laura J. Neville
                                              Laura J. Neville, attorney
                                              for Ford Motor Credit Company

Dated: 10-23-08